

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-15-2010

# USA v. Christie

Precedential or Non-Precedential: Precedential

Docket No. 09-2908

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"USA v. Christie" (2010). *2010 Decisions.* Paper 337.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/337

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**No. 09-2908**

UNITED STATES OF AMERICA
v.
RUSSELL CHRISTIE, Appellant
(D.N.J. No. 2-07-cr-00332-001)

**Present:     RENDELL, JORDAN and GREENAWAY, JR., Circuit Judges.**

Motion by Appellee to publish the panel opinion filed on **09/15/10**.


　　　　　　　　　　　　　　　　　　　　　　　 /s/ Anthony Infante
　　　　　　　　　　　　　　　　　　　　　　　 Anthony Infante
　　　　　　　　　　　　　　　　　　　　　　　 Case Manager     267-299-4916


**O R D E R**

**The foregoing** Motion by Appellee to publish the panel opinion filed on **09/15/10**, is hereby GRANTED.

　　　　　　　　　　　　　　　　　　　**By the Court,**


　　　　　　　　　　　　　　　　　　　 /s/   Kent A. Jordan
　　　　　　　　　　　　　　　　　　　**Circuit Judge**

**Dated:** 15 October 2010